Name:
Address:
Telephone:

RECEIVED CLERK

APR 20 2012

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
_Criminal_ DIVISION

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 24 2012

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

Kelly S McEntire
(Full Name)
PLAINTIFF

vs.

Federated Investment Managers et al.

DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 2:12cv00375
Assigned To : Benson, Dee
Assign. Date : 4/20/2112
Description: McEntire v. Federal Investment Management et al

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. __ 42 U.S.C. §1983
   b. ✓ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Kelly S McEntire
   IS A CITIZEN OF THE STATE OF Idaho USA

   PRESENT MAILING ADDRESS: 550 South Park Shelley, Id 83274

3. NAME OF FIRST DEFENDANT Robert V. Newman

IS A CITIZEN OF **SLC, Utah**
(City and State)

IS EMPLOYED AS **Manager** at **URS**.
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓  NO ___. If your answer is "YES" briefly explain.

**He is in charge of Utah Retirement System**

4.  NAME OF SECOND DEFENDANT **Bank of Utah**
    (If applicable)

    IS A CITIZEN OF **Ogden, Utah**
    (City and State)

    IS EMPLOYED AS **Dale Browning** at **Bank of Utah**
    (Position and Title if Any)   (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ___ NO ✓. If your answer is "YES" briefly explain.

5.  NAME OF THIRD DEFENDANT **Weber Credit Union**
    (If applicable)

    IS A CITIZEN OF **Ogden, Utah**
    (City and State)

    IS EMPLOYED AS **975 Washington Blvd** at **Ogden**

(Position and Title if Any)    (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ✓. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT James Selander
   (If applicable)

   IS A CITIZEN OF ___?_____
                    (city and State)

   IS EMPLOYED AS ___?_____ at _____.
                  (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ?. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.
   _These people have conspired against me and the IRS to deny me beneficial interest in my wifes Trust Fund._

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: _Denial of Civil Rights_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.) _The right to retire under state law and to have a beneficial interest in my wife's estate._

   b. (1) Count II: _Denial of my retirement._

   (2) Supporting Facts: _If they had let me retire in 2003 I would have recieved the Trust._

c.  (1)  Count III: _____

_____

(2)  Supporting Facts: _____

_____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   I am under the care of a Doctor for PTSD

   _____

   _____

   _____

   _____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES ✓ / NO ____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.  Parties to previous lawsuit: Same

       Plaintiff(s): Kelly S McEntire

b. Defendant(s): 1:06-cd-00133
   Name of court and case or docket number: Federated Investments

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed.

d. Issues raised: They now have used my name and Federal Tax ID# to file the Taxes on the Trust

e. When did you file the lawsuit? ? August 2005
   Date   Month   Year

f. When was it (will it be) decided? December 2010

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ✓ / NO __. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I filed with EEOC and the SEC

# F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

Beneficial Interest in my wifes estate and a % of all funds recovered by the IRS and Back Pay and ongoing pay of my retirement

*I have made a payment on 2010 Taxes and have a POA for issues involving use of Rx*

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __SLC Utah__ on __20 April__ 20__12__
         (Location)          (Date)

*[signature]*
Signature