**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| KELLY S. MCENTIRE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERATED INVESTMENT MANAGEMENT, AMERICA FIRST CREDIT UNION, BANK OF UTAH, WEBER CREDIT UNION, ROBERT NEWMAN, and JAMES SELANDER,<br><br>　　　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:12-cv-00375-DB<br><br>Judge Dee Benson |

　　　　Before the court is the Report and Recommendation issued by United States Magistrate Judge Evelyne J. Furse on November 6, 2012, recommending that the case be dismissed without prejudice pursuant to the *in forma pauperis* statute, 28 U.S.C. § 1915(e)(2)(B)(i), because Mr. McEntire's Complaint is frivolous.

　　　　The parties were notified of their right to file objections to the Report and Recommendations within fourteen (14) days after receiving it. On November 7, 2012, plaintiff filed an untitled document, which the court will consider as an objection. No other objections were filed.

　　　　Having reviewed the relevant materials, including plaintiff's objection, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge. Moreover, the court notes that plaintiff's objection appears to offer more of the confusing, baseless, and frivolous claims that have led the magistrate judge to recommend the dismissal of the case.

Accordingly, the court ADOPTS the Report and Recommendation and orders that plaintiff's Complaint be DISMISSED without prejudice as frivolous under the *in forma pauperis* statute, 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS SO ORDERED.

DATED this 27th day of November, 2012.

                                              BY THE COURT:

                                              _____
                                              DEE BENSON
                                              United States District Judge